# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC et al,<br>             Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>Jointly Administered |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of Bayou Steel BD Holdings, L.L.C., et al.,<br><br>             Plaintiff<br><br>vs.<br><br>QUALITY MACHINE WORKS, INC.,<br><br>             Defendant | Adv. Proc. No. 21-50220 (KBO) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Del. Bankr. L.R. 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Nicholas J. Smeltz of Stewart Robbins Brown & Altazan, LLC, 301 Main Street, Suite, 1640, Baton Rouge, LA 70801, to represent Quality Machine Works, Inc.

Dated: April 13, 2021
    Wilmington, Delaware

*/s/ Joseph C. Barsalona II*
Joseph C. Barsalona II (No. 6102)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email:  jbarsalona@morrisnichols.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, and am admitted, practicing, and in good standing as a member of the Bar of the state of Louisiana.  I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 9/1/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  April 13, 2021

*/s/ Nicholas J. Smeltz*
Nicholas J. Smeltz
STEWART ROBBINS BROWN & ALTAZAN, LLC
301 Main Street; Suite 1640
Telephone: 225-231-9998
Facsimile: 225-709-9467
Email: nsmeltz@stewartrobbins.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.